UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JEANETTE DUPUIS,
FRANK CARRA,

                Plaintiffs,

-vs-                                          Case No. 6:06-cv-1360-Orl-18KRS

VANGUARD CAR RENTAL USA, INC.,
d/b/a Alamo Rent-A-Car,

                Defendant.

## REPORT AND RECOMMENDATION

TO THE UNITED STATES DISTRICT COURT

This cause came on for consideration without oral argument on the following motion:

> MOTION: PLAINTIFF'S MOTION ... OBJECTING TO DEFENDANT'S REQUESTED COSTS (Doc. No. 37)
>
> FILED: October 16, 2007

[handwritten annotation: "So ordered this ___ day of ___ / KENDALL SHARP / U.S. DISTRICT JUDGE"]

**1. PROCEDURAL HISTORY.**

Plaintiffs Jeanette Dupuis and her husband Frank Carra (collectively "Plaintiffs") commenced their action by filing a complaint in state court. Plaintiffs alleged that defendant Vanguard Car Rental USA, Inc. d/b/a Alamo Rent-a-Car ("Alamo") leased a motor vehicle to Michelle H. Ross. Doc. No. 2 at 2. Ross allegedly operated the vehicle in a negligent manner and collided with a vehicle occupied by Dupuis, causing injury to Dupuis. *Id.* Alamo removed the case to this on Court on the basis of diversity jurisdiction. Doc. No. 1 at 2.

The Court entered a Case Management and Scheduling Order on November 27, 2006. Doc. 14. Among other things, the scheduling order established a discovery deadline of August 31, 2007.